

RECEIVED
JAN 3 0 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK
WETIBUEZE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JUDGE FRANK MONTALVO

|  |  |  |
|---|---|---|
| ANAEME, | ) | Case No.: |
| Plaintiff, | ) | EP 12CV0031 |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) | PLAINTIFFS' COMPLAINT |
| Defendant. | ) | FOR DAMAGES. |
| WATSON AND TAYLOR MANAGEMENT, | ) |  |
| INC. | ) |  |

WATSON AND TAYLOR MANAGEMENT,

INC.

WATSON AND TAYLOR SELF STORAGE,

ALL LOCATIONS.

RHINO SELF STORAGE, EL PASO,

TEXAS.

RHINO SELF STORAGE, ALL

LOCATIONS.

U-LOCK SELF STORAGE.

SPACE SAVERS II SELF STORAGE.

GETWELL SELF STORAGE.

WADE HAMPTON SELF STORAGE.

LAWNDALE SELF STORAGE.

UNIVERSITY SELF STORAGE.

PETERS CREEK SELF STORAGE.

A and M SUPER STORAGE.

EAST CENTRAL SELF STORAGE.

INDEPENDENCE SQUARE SELF STORAGE.

ALA MOANA SELF STORAGE.

STOW AND GO SELF STORAGE.

Case 3:12-cv-00031-FM Document 1 Filed 01/30/12 Page 2 of 89

NORTHWEST HIGHWAY SELF STORAGE.

KEMAH MINI WAREHOUSE.

BAY AREA SELF STORAGE.

A SELF STORAGE.

KENNEDY-WILSON, INC.

KENNEDY-WILSON, INC,( AUSTIN),

TEXAS.

KENNEDY-WILSON PROPERTY

MANAGEMENT.

KENNEDY-WILSON INTERNATIONAL.

KENNEDY-WILSON AUCTION GROUP.

KENNEDY-WILSON CAPITAL MARKETS

GROUP.

KENNEDY-WILSON REAL ESTATE.

KENNEDY-WILSON HOLDINGS INC.

KENNEDY-WILSON MULTIFAMILY.

KENNEDY-WILSON BUILDERS

BEHRINGER HARVARD HOLDINGS, LLC.

BEHRINGER MULTIFAMILY REIT I,

INC.

BEHINGER MULTIFAMILY REIT II,

INC.

BEHRINGER HARVARD COMPANIES.

BEHRINGER HARVARD OPPORTUNITY

REIT I.

BEHRINGER HARVARD OPPORTUNITY

REIT II.

BEHRINGER HARVARD INVESTMENT

MANAGEMENT.

BEHRINGER HARVARD SECURITIES, LP.

BEHRINGER HARVARD EUROPE.

HARVARD PROPERTY TRUST, LLC.

HARVARD PROPERTY TRUST, INC.

HARVARD OPPORTUNITY REIT I.

HARVARD OPPORTUNITY REIT II.

EL PASO COUNTY, TEXAS.

CITY OF EL PASO POLICE

DEPARTMENT.

STATE OF CALIFORNIA.

SAN DIEGO COUNTY, CALIFORNIA.

SAN DIEGO POLICE DEPARTMENT, SAN

DIEGO, CALIFORNIA.

OFFICE OF THE CITY ATTORNEY, CITY

OF SAN DIEGO, CALIFORNIA.

OFFICE OF ASSIGNED COUNSEL SAN

DIEGO COUNTY, CALIFORNIA.

OFFICE OF THE PUBLIC DEFENDER SAN

DIEGO COUNTY, CALIFORNIA.

SAN DIEGO COUNTY SHERIFFS'

DEPARTMENT.

SAN DIEGO UNIFIED PORT DISTRICT.

SAN DIEGO HARBOR POLICE.

CALIFORNIA STATE POLICE

(CALIFORNIA HIGHWAY PATROL).

3

Case 3:12-cv-00031-FM Document 1 Filed 02/24/12 Page 4 of 89

SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY (HHSA) FORENSIC SERVICES UNIT, SAN DIEGO, CALIFORNIA.

HERITAGE SECURITY SERVICES, SAN DIEGO, CALIFORNIA.

TRANSIT SYSTEM SECURITY.

FORT HERITAGE COURIER SERVICE.

VEOLIA ENVIRONNEMENT.

VEOLIA TRANSPORTATION SERVICES, INC.

VEOLIA ENVIRONMENTAL SERVICES.

VEOLIA TRANSPORT.

VEOLIA VERKEHR.

CONNEX.

SAN DIEGO METROPOLITAN TRANSIT SYSTEM (SDMTS).

SAN DIEGO TROLLEY, INC. (SDTI).

SAN DIEGO TRANSIT CORPORATION (SDTC).

SAN DIEGO AND ARIZONA EASTERN (SD AND AE) RAILWAY COMPANY.

SAN DIEGO VINTAGE TROLLEY, INC.

SANDAG.

NORTH COUNTY TRANSIT DISTRICT (NCTD).

)

---

JOSUE NOYLES

Individually and in his capacity as Property Manager, Employee and Auctioneer, Watson and Taylor-Rhino Self Storage, Watson and Taylor Management, Inc, 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr, Addison, Texas 75001 respectively, United States of America, hereinafter referred to as U.S.A and as pertains to Watson and Taylor Management, Inc and Rhino Self Storage rental agreement number 000187-8003-2705-0405-376801.

TOM MAXWELL

Individually and in his capacity as Regional Manager, Employee and Auctioneer, Rhino Self Storage, Watson and Taylor Management, Inc, 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr, Addison, Texas 75001, U.S.A and as pertains to Watson and Taylor Management, Inc and Rhino Self Storage rental agreement number 000187-8003-2705-0405-376801.

DON WILSON

Individually and in his capacity as Area Manager, Employee and Auctioneer, Rhino Self Storage, Watson and Taylor Management, Inc, 5405 South Desert Boulevard, El Paso, Texas 79932 and 4015 Beltline Dr, Addison, Texas 75001 respectively, U.S.A.

A.STARKE "TRACY" TAYLOR III

Individually and in his capacity as Chief Executive Officer, President and Principal, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A.

GEORGE S. WATSON

Individually and in his capacity as Executive Vice President and Principal, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A.

ROBERT M. OPDYKE

Individually and in his capacity as Chief Operating Officer, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A.

THOMAS P. WARD

Individually and in his capacity as Vice President Acquisitions, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A.

6

Case 3:12-cv-00031-FM Document 1 Filed 01/30/12 Page 7 of 89

DIANE DOUGLASS TAYLOR

Individually and in her capacity as Vice President Human Resources, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A.

IRWIN KERNER

Individually and in his capacity as Vice President Deal Sourcing and Contract Negotiations, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A.

DONALD JONES

Individually and in his capacity as Financial Analyst, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A.

KATHY RODD

Individually and in her capacity as Executive Assistant, Watson and Taylor-Rhino Self Storage, all locations including 5405 South Desert Boulevard, El Paso, Texas 79932 and Watson and Taylor Management, Inc, 4015 Beltline Dr, Addison, Texas 75001, U.S.A and as pertains to Watson and Taylor-Rhino Self Storage rental agreement number 000187-8003-2705-0405-376801.

7

WILLIAM J. McMORROW

Individually and in his capacity as Chairman and Chief Executive Officer Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

MARY L. RICKS

Individually and in her capacity as Executive Vice Chair, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

BARRY S. SCHLESINGER

Individually and in his capacity as Chief Administrative Officer, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

FREEMAN A. LYLE

8

Case 3:12-cv-00031-FM Document 31 Filed 01/30/12 Page 9 of 89

Individually and in his capacity as Executive Vice President and Chief Financial Officer, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc, Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

DONALD HERREMA

Individually and in his capacity as Executive Vice Chair and Chief Executive Officer, Kennedy-Wilson Capital Markets Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

ROBERT E. HART

Individually and in his capacity as President, Kennedy-Wilson Multifamily Management Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

9

JOHN C. PRABHU

Individually and in his capacity as President, Kennedy-Wilson Commercial Investment Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc, Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

STUART CRAMER

Individually and in his capacity as President, Kennedy-Wilson Residential Investment Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

JIM ROSTEN

Individually and in his capacity as President, Kennedy-Wilson Properties Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

10

RHETT WINCHELL

Individually and in his/her capacity as President Kennedy-Wilson Properties Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

JAMES C. OZELLO

Individually and in his capacity as Senior Managing Director of Human resources, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

MATT WINDISCH

Individually and in his capacity as Managing Director, Kennedy-Wilson Commercial Investment Group, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

STEPHEN A. PYHRR

Individually and in his capacity as Senior Managing Director,

Kennedy-Wilson, Inc., Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Property Management, Kennedy-Wilson, Inc., (Austin), Texas, U.S.A.

NORMAN CREIGHTON

Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

CATHY HENDRICKSON

Individually and in her capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

DAVID MINELLA

Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

KENT V. MOUTON

Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

JERRY R. SOLOMON

Individually and in his capacity as Chief Administrative Officer, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

STANLEY ZAX

Individually and in his capacity as Director, Kennedy-Wilson, Inc., Kennedy-Wilson, Inc., (Austin), Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc., Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212, U.S.A.

ROBERT W. BEHRINGER

Individually and in his capacity as Controlling Owner and Chairman, Behringer Harvard Holdings, LLC and Chief Executive

Officer, Behringer Securities, LP, Behringer Harvard Companies, Behringer Multifamily REIT I and II, Inc, Behringer Harvard Opportunity REIT I and II, Inc., Harvard Property Trust, LLC. and Harvard Property Trust, Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROBERT S. AISNER

Individually and in his capacity as President and Chief Executive Officer, Behringer Harvard Holdings, LLC and Chief Executive Officer, Behringer Securities, LP, Behringer Harvard Companies, Behringer Multifamily REIT I and II, Inc., Behringer Harvard Opportunity REIT I and II, Inc., Harvard Property Trust, LLC. and Harvard Property Trust, Inc and Chairman Board of Directors, Behringer Multifamily REIT II, Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROBERT J. CHAPMAN

Individually and in his capacity as President, Behringer Harvard Holdings, LLC and President, Behringer Harvard Multifamily REIT I and II, Inc and Member Board of Directors and Chairman Audit Committee, Behringer Harvard Opportunity REIT I, Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

GARY S. BRESKY

Individually and in his capacity as Vice President, Principal, Treasurer and Chief Financial Officer, Behringer Harvard Holdings, LLC and Chief Financial Officer, Behringer Harvard Companies, Behringer Securities, LP, Behringer Multifamily REIT I and II, Inc., Behringer Harvard Opportunity REIT I and II, Inc., Harvard Property Trust, LLC. and Harvard Property Trust,

14

Inc., 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

GERALD J. REIHSEN, III

Individually and in his capacity as Principal, Executive Vice President, Corporate Development and Legal Secretary, Behringer Harvard Holdings, LLC and President Behringer Securities, LP and Executive, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

M. JASON MATTOX

Individually and in his capacity as Executive Vice President and Chief Operating Officer, Behringer Harvard Holdings, LLC, Executive Officer and Principal, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas, 75001, U.S.A.

MICHAEL D. COHEN

Individually and in his capacity as Executive Vice President, Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROBERT FRANKLIN MULLER, JR.

Individually and in his capacity as Executive Vice President and Head of Distribution, Behringer Harvard Holdings, Inc., Dallas, Texas, Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A

STANTON P. EIGENBRODT

Individually and in his capacity as Executive Vice President and General Counsel, Behringer Harvard Holdings, Inc., Harvard

Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

MARK T. ALFIERI

Individually and in his capacity as Executive Vice President and Chief Operating Officer, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, Inc., Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

SAMUEL A. GILLEPIE

Individually and in his capacity as Executive Vice President and Chief Operating Officer, Behringer Harvard Opportunity REIT I and II, Inc., Short-Term Opportunity Fund, Strategic Opportunity Funds I and II and the Mid-Term Value Enhancement Liquidating Trust, Behringer Harvard Holdings, Inc., Harvard Property Trust, LLC, Behringer Harvard Holdings, LLC, Behringer Harvard Companies, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

JAMES D. FANT

Individually and in his capacity as Senior Vice President and Chief Investment Officer, Behringer Harvard Opportunity Funds, Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

SCOTT W. FORDHAM

Individually and in his capacity as Chief Operating and Financial Officer, Behringer Harvard REIT I, Inc, Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison,

16

Texas 75001, U.S.A.

WILLIAM J. REISTER

Individually and in his capacity as Executive Vice President and Chief Investment Officer, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

GERALD D. OLIVER

Individually and in his capacity as Senior Vice President, Commercial Property, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

PEGGY DALY

Individually and in her capacity as Senior Vice President, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

CHARLES G. DANNIS

Individually and in his capacity as Member, Board of Directors, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

STEVEN W. PARTRIDGE

Individually and in his capacity as Member, Board of Directors, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

G. RONALD WITTEN

Individually and in his capacity as Member, Board of

17

Directors, Behringer Harvard REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ANDRES K. BREMER

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

CYNTHIA PHARR LEE

Individually and in her capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT II, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

JEFFREY P. MAYER

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT II, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

DIANE S. DETERING-PADDISON

Individually and in her capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT II, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

BARBARA C. BUFKIN

Individually and in her capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas

18

75001, U.S.A.

TERRY L. GAGE

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

STEVEN J. KAPLAN

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Opportunity REIT I, Inc, Behringer Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

E. ALAN PATTON

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ROGER D. BOWLER

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

SAMI S. ABBASI

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

JONATHAN L. KEMPNER

Individually and in his capacity as Member, Board of Directors, Behringer Harvard Multifamily REIT I, Inc., Behringer Harvard Holdings, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001, U.S.A.

ACEVEDA (MR)

Individually and in his capacity as Responding Officer, El Paso Police Department, 911 North Raymor Street, El Paso, Texas, U.S.A.

GREG ALLEN

Individually and in his capacity as Chief of Police, El Paso Police Department, 911 North Raymor Street, El Paso, Texas, 79903 U.S.A.

JOHN A. HOUSTON

Individually and in his capacity as Judge, United States District Court Southern District of California, 880 Front St, San Diego, California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH (WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

W. SAMUEL HAMRICK, JR

Individually and in his capacity as Clerk of Court, United States District Court Southern District of California, 880 Front St, Suite 4290, San Diego, California 92101, U.S.A and as in USDC Case No.11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH (BLM).

S/J PETERSEN

Individually and in his/her capacity as Deputy Clerk of Court, United States District Court Southern District of California, 880 Front St, Suite 4290, San Diego, California 92101, U.S.A and

as in USDC Case No.11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

DAVID J. DANIELSEN

Individually and in his capacity as Judge, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

FREDERICK MAGUIRE

Individually and in his capacity as Judge, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM)and The Superior Court of California San Diego County Case No. M098172.

LEE C. WITHAM

Individually and in his capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

ROGER W. KRAUEL

Individually and in his capacity as Judge, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG),

21

Case 3:12-cv-00034-FM Document 31 Filed 01/30/12 Page 22 of 89

USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

JOHN BLAIR

Individually and in his capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

ROBERT C. RICE

Individually and in his capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

SANDRA L. BERRY

Individually and in her capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

KERI KATZ

Individually and in her capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego,

California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.

DESIREE A. BRUCE-LYLE

Individually and in her capacity as Judge, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.


KAREN A. RILEY

Individually and in her capacity as Commissioner, Superior Court of California San Diego County, 220 W. Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG), USDC Case No. 3-11-CV-1808-JAH(BLM) and The Superior Court of California San Diego County Case No. M098172.


R.T HENRIZI

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.


HIME ALVARADO

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.


P. RORRISON

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


KEVIN C. RAUSIS

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


K. KINNEY

Individually and in her capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


PATRICK SULLIVAN

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


U. HARVEY

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


KISTER (MR)

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.


K.P. LEWAK

Individually and in his capacity as Police Officer, San Diego
Police Department, 1401 Broadway, San Diego, California, U.S.A.

24

SARAH SUTTER

Individually and in her capacity as Police Officer, San Diego

Police Department, 1401 Broadway, San Diego, California, U.S.A.


JOEL VOSS

Individually and in his capacity as Police Officer, San Diego

Police Department, 1401 Broadway, San Diego, California, U.S.A.


SCHENKLEBERG (MR)

Individually and in his capacity as Police Officer, San Diego

Police Department, 1401 Broadway, San Diego, California, U.S.A.


ZACH BRADLEY

Individually and in his capacity as Police Officer, San Diego

Police Department, 1401 Broadway, San Diego, California, U.S.A.


ED

Individually and in his capacity as Property Room

Employee/Supervisor, San Diego Police Department, 1401 Broadway,

San Diego, California, U.S.A.


PAUL COOPER

Individually and in his capacity as Counsel to Chief of Police,

San Diego Police Department, 1401 Broadway, San Diego,

California, U.S.A.


WILLIAM LANSDOWNE

Individually and in his capacity as Chief of Police, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

MICHAEL CASH

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

CHRIS BALL

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

GUY SWANGER

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAMES COLLINS

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

BOYD LONG

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

CESAR SOLIS

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

TONY MCELROY

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SARAH CRIEGHTON

Individually and in her capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

DAVID ROHOWITZ

Individually and in his capacity as Police Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAN GOLDSMITH

Individually and in his capacity as City Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

ONU OMORDIA

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

HEILY HERNANDEZ

27

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

L. VOGLITANZ

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

MARYJO LANZAFARE

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ANDREW JONES

Individually and in his capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

DAVID GREENBERG

Individually and in his capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

TRICIA PUMMIL

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

TESSA HEUNIS

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ANDRES CARNAHAN

Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

KRISTI HEIN

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

MAKINI HAMMOND

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

L. EASTON

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.

D. BURLINS

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


M. ROBERTSON

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


S.PARK

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


A.WILBURN

Individually and in his/her capacity as Attorney, Office of City
Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San
Diego, California, 92101, U.S.A.


SOLOMON CHANG

Individually and in his capacity as Attorney, Office of The
Public Defender San Diego County, 450 B St., Suite 900, San
Diego, California, 92101, U.S.A.

30

BRIAN SCHMIDT

Individually and in his capacity as Attorney, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

KATHERINE BRANER

Individually and in her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

MARYJO BARR

Individually and in her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

HENRY C. COKER

Individually and in his capacity as Public Defender, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

SUSAN MCINERNEY

Individually and in her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

L. GARCIA

Individually and in his/her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

Case 3:12-cv-00031-FM Document 31 Filed 01/30/12 Page 32 of 89

L. STERN

Individually and in his/her capacity as Attorney, Office of The Public Defender San Diego County, 450 B St., Suite 900, San Diego, California, 92101, U.S.A.

ROBERT J. STALL, Jr.,

Individually and in his capacity as Director, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

MICHAEL BEGOVICH

Individually and in his capacity as Deputy Director, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

MILLY DUROVIC

Individually and in his capacity as Of-Counsel, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

VENETA JACOBS

Individually and in her capacity as Felony Case Assigning Employee, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

32

MICHAEL HAWKINS

Individually and in his capacity as Pro Per Coordinator, Office of Assigned Counsel, San Diego County, 450 B St., Suite 840, San Diego, California, 92101, U.S.A.

A.P. SETTER

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, San Diego, California 92101, U.S.A.

R. SALAZAR

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, San Diego, California 92101, U.S.A.

T. HANDSON

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, San Diego, California 92101, U.S.A.

HATHAWAY (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.

BIGGS (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.

ACEVADO (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.

P. LACHAPPELL

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

G.A NAVARRO

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

WILLAIM GORE

Individually and in capacity as Sheriff, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

THOMAS J. COOKE

Individually and in capacity as Under-Sheriff, San Diego Sheriffs' Department, San Diego, California 92101, U.S.A.

JOHNSON (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O. Box 939062(92193), San Diego, California 92101, U.S.A.

B. RICHARDSON

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

JACKSON (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

SMITH (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, Facility 8, George F. Bailey Detention Facility, San Diego, California 92101, U.S.A.

POWELL (MR)

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O. Box 939062(92193), San Diego, California 92101, U.S.A.

M.J. SAUNDERS

Individually and in his capacity as Sheriffs' Deputy, San Diego Sheriffs' Department, San Diego Central Jail, 1170 Front St, P.O. Box 939062(92193), San Diego, California 92101, U.S.A.

R. PADILLA
Individually and in his capacity as Arresting and Booking Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

TAYLOR (MR)
Individually and in his capacity as Co-arresting Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.

SABBAGH (MR)
Individually and in his capacity as Co-arresting Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.

S. AFHOOK
Individually and in his capacity as Co-arresting Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.

JOHN A. BOLDUC

Individually and in his capacity as Chief of Police, San Diego Harbor Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.

BRIAN JENSEN

Individually and in his capacity as Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.

KIMBERLY A. FIVES

Individually and in his capacity as Officer, San Diego Harbor Police, 3389 Harbor Drive, San Diego, California, 92101, U.S.A.

M. JOHNSON

Individually and in his capacity as Officer, California State Police Department (California Highway Patrol), 9330 Farnham St, San Diego, California, 92123 and 4902 Pacific Highway, San Diego, California, U.S.A.

MATTHEW CARROLL

Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

JEREMY FLAGEL

Individually and in his capacity as Staff Psychiatrist, County of San Diego Health and Human Services, Forensic Psychiatry Unit, 220 West Broadway, #1003, San Diego, California, 92101 and 3255 Camino Del Rio South, San Diego, California 92108, U.S.A.

LAWRENCE RICHMAN

Individually and in his capacity as Chief Executive Officer and Founder, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

MASCHEIMER (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

MAX NAVARRO

Individually and in his capacity as Arresting Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

ZACHARY COLLINS

38

Individually and in his capacity as Co-arresting Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

RACHEL TYNER

Individually and in her capacity as Code Compliance Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

QUEEN (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. AMARIZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.DIAZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. BURTON

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. ALILIN

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. MARTINEZ

Individually and in his/her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. FEWELL

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

40

D. BELVIS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

K. LYLE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. VICCARIELLO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. HAMADA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R.P. POMEROY

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

41

Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


E. AGUILAR

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


C. HERNANDEZ

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


R. ROGERS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


T. HUGBEE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.

M. RICO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. RENTERIA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. GRAHAM

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. DIEGA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T.R.JOSEPH

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

43

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

F. MIRELES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. TORRES

Individually and in his/her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

K. GARCIA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. ALAMILLO

Individually and in her capacity as Code Compliance Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. REAVES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. FUENTAVILLA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. FAVELO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. LAPAN

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. COTHIAS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. OROZCO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

V. GARCIA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California

M. REGUSTERS

Individually and in his capacity as Code Compliance Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

F. CONTRERAS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California

LEHNHER (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

K. SPIGHT

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. MARTINEZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.MOYA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. MINER

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. YEAGER

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. COLLIER

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

PITT (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

M. KOSAK

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

C. SANDEZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

P. ROMERO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.SPIEDEL

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. THOMAS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. JAMESON

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. KING

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

T. OKALSKI

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

S.RODRIGUEZ

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. MCKEEVER

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

H. CASTRO

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


J. NUTTING

Individually and in his capacity as Code Compliance Officer,
Heritage Security Services, Transit System Security and Fort
Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


A.IZZARELLI

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


H. ALATORRE

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage
Courier Service, 1260 Morena Blvd, Suite 200, San Diego,
California.


M. FARIAS

Individually and in his capacity as Security Officer, Heritage
Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

J. ROMERO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. TRUJILLO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

L. GONZALES

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

A.WILLIAMS

Individually and in her capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

Case 3:12-cv-00031-FM Document 31 Filed 01/30/12 Page 53 of 89

H. ESTRADA

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

CHAN (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

HINOJOS (MR)

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

R. FAVELO

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

E. BIBBY

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage

Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

S. CORRIVEAU

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

H. NAVARRETE

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

D. NAPOLEON

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

G. EDWARDS

Individually and in his capacity as Security Officer, Heritage Security Services, Transit System Security and Fort Heritage Courier Service, 1260 Morena Blvd, Suite 200, San Diego, California.

CAROLYN SUESS

Individually and in her capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), San Diego, California.

PHIL STIEGLIZ

Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), San Diego, California.

JOSE GARCIA

Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson  Ave, El Cajon, California.

JOHN FITCH

Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula Vista, California and 1213 N. Johnson  Ave, El Cajon, California.

JOHN NESBITT

Individually and in his capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula Vista, California and 1213 N. Johnson  Ave, El Cajon, California.

RICARDO

Individually and in his capacity as Employee, San Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula Vista, California and 1213 N. Johnson  Ave, El Cajon, California.

55

ROSE SORILLON

Individually and in her capacity as Operations Supervisor, San Diego Metropolitan Transit System (SDMTS),3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE WHITE MALE DRIVER SDMTS 44 BUS ROUTE 325 ABOUT 9:06PM PST ON DECEMBER 14, 2009 FROM LINDA VISTA ROAD TO OLD TOWN TRANSIT STATION SAN DIEGO CALIFORNIA

Individually and in his capacity as bus driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE HISPANIC MALE DRIVER SDMTS 992 BUS ROUTE 2775 ABOUT 8:55AM PST ON MARCH 17, 2011 INCIDENT ON BROADWAY AND SETTLER ACROSS FROM AMERICA PLAZA DOWNTON SAN DIEGO CALIFORNIA

Individually and in his capacity as bus driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JOHN DOE WHITE MALE DRIVER SDMTS 120 BUS ROUTE 343 ABOUT 4:42PM PST ON MARCH 15, 2011 INCIDENT ON GENESEE AVE AND HEALTHCARE DRIVE SAN DIEGO CALIFORNIA

Individually and in his capacity as bus driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JANE DOE BLACK FEMALE DRIVER SDMTS 105 BUS ROUTE 302 ABOUT 10:08AM PST ON JULY 26, 2009 INCIDENT ON MILTON ST AND MORENA BLVD SAN DIEGO CALIFORNIA

Individually and in her capacity as bus driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.


JANE DOE WHITE FEMALE DRIVER SDMTS 120 BUS ROUTE 1604 ABOUT 10:50AM PST ON AUGUST 21, 2011 INCIDENT AT FASHION VALLEY TRANSIT STATION, SAN DIEGO CALIFORNIA

Individually and in her capacity as bus driver, San Diego Metropolitan Transit System (SDMTS), 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

PAUL PABLONSKI

Individually and in his capacity as Chief Executive Officer, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.


C. MICHAEL COWETT

Individually and in his capacity as General Counsel, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.


TIFFANY LORENZEN

57

Individually and in his capacity as General Counsel, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JEFF STUMBO

Individually and in his capacity as Director, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

SHARON COONEY

Individually and in his capacity as Director of Court Affairs and Community Relations, San Diego Metropolitan Transit System (SDMTS), San Diego, California, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

HENRI PRIGLIO

Individually and in his capacity as Chairman, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

ALAN MOLDAWER

Individually and in his capacity as General Counsel, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

LARRY STEFFES

Individually and in his capacity as Assistant General Counsel, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

MARK L. JOSEPH

Individually and in his capacity as Chairman and Chief Executive Officer, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JANET DAVIS

Individually and in her capacity as Vice President, Business Development, Veolia Environnement, Veolia Transportation

Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

CHRISTOPHER BRYAN

Individually and in his capacity as Director, Business Development, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.


DONALD SAUNDERS

Individually and in his capacity as Chief Operating Officer, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.


TOM DOWNS

Individually and in his capacity as Chairman, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

VALERIE MICHAEL

Individually and in her capacity as Director, Corporate Communications, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

JAN HORSTMANN

Individually and in his capacity as Chief Financial Officer, Veolia Environnement, Veolia Transportation Services, Inc., Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, 720 E. Butterfield Road, Suite 300, Lombard, IL 60148, 3650 Main St, Chula Vista, California and 1213 N. Johnson Ave, El Cajon, California.

MARCUS WANG

Individually and in his capacity as Emergency Room Physician, Scripps Mercy Hospital, San Diego, California and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

Co-defendants.

COMPLAINT FOR DAMAGES

61

Chibueze C. Anaeme, plaintiff pro se, respectfully files this complaint for damages within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

## JURISDICTION AND VENUE

1.Jurisdiction of the court is invoked pursuant to 28 U.S.C. Sections 1331, 1337 and 1367. The actions, omissions and transactions alleged to be unlawful were done within the jurisdiction of the United States District Court for the Western District of Texas, United States District Court for the Southern District of California and the United States District Court Western District of Tennessee.

2. Plaintiff further invokes pendent jurisdiction of this court to hear and decide claims arising from statutory provisions and/or constitutional amendments as is/are applicable.

## PARTIES

3. Plaintiff, Chibueze C. Anaeme is a black male of African origin and a resident of Albuquerque, New Mexico.

4. Defendant, United States of America as is liable for its acts and the acts of its individual agents and/or co-defendants in aforerecited cause.

62

5. Individual co-defendants and/or defendants' agents Watson and Taylor Self Storage, all locations including but not limited to Watson and Taylor-Getwell Self Storage, Memphis, Tennessee, Watson and Taylor-Rhino Self Storage, South Desert Blvd, El Paso, Texas, Watson and Taylor-U-Lock Self Storage, Watson and Taylor-Space Savers II Self Storage, Watson and Taylor-Wade Hampton Self Storage, Watson and Taylor-Highpoint Self Storage, Watson and Taylor-Lawndale Self Storage, Watson and Taylor-University Self Storage, Watson and Taylor-Peters Creek Self Storage, Watson and Taylor-A and M Self Storage, Watson and Taylor-East Central Self Storage, Watson and Taylor-Independent Square Self Storage, Watson and Taylor-Ala Moana Self Storage, Watson and Taylor-Stow and Go Self Storage, Watson and Taylor-Northwest Highway Self Storage, Watson and Taylor-Kemah Mini Warehouse Self Storage, Watson and Taylor-Bay Area Self Storage, Watson and Taylor-Bay Area Self Storage and Watson and Taylor Management, Inc, 4015 Beltline Drive, Suite 300, Addison, Texas 75001 and all locations collectively named "Watson and Taylor cluster" are self storage rental, operators and/or management companies engaged in business in the States of California and Tennessee following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

6. Individual co-defendants and/or defendants' agents Kenneth-Wilson, Inc., Kennedy-Wilson, Inc, Austin, Texas, Kennedy-Wilson Property Management, Kennedy-Wilson International, Kennedy-Wilson Auction Group, Kennedy-Wilson Capital Markets, Kennedy-Wilson Real Estate, Kennedy-Wilson Holdings, Inc,

Case 3:12-cv-00031-FM Document 31 Filed 01/30/12 Page 64 of 89

Kennedy-Wilson Multifamily and Kennedy-Wilson Builders, 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212 and collectively named "Kennedy Wilson cluster" are companies engaged in commercial investments, multifamily investments, residential, fund management, note purchases, construction management and engineering, trust services, brokerage and auction and convectional sales of real estate and investments confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

7. Individual co-defendants and/or defendants' agents Behringer Harvard Holdings, LLC, Behringer Harvard Opportunity REIT 1 and II, Behringer Harvard Investment Management, Behringer Harvard Companies, Behringer Harvard Advisors, Behringer Harvard Securities, LP, Behinger Multifamily REIT I and II, Inc, Behringer Harvard Europe, Harvard Property Trust, LLC, Harvard Property, Inc, Harvard Opportunity REIT I and II and Behringer Harvard, LLC, 15601 Dallas Parkway, Suite 600, Addison, Texas 75001 collectively named "Behringer Harvard cluster" are engaged in real estate investing in assets domestically and internationally within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

8. Individual co-defendant and/or defendants' agent El Paso County, Texas collectively named "El Paso County cluster" is a government entity within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

9. Individual co-defendant and/or defendants' agent City of El Paso Police Department, 911 North Raymor Street, El Paso, Texas 79903, U.S.A collectively named "El Paso Police cluster" is a government entity engaged in law enforcement within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

10. Individual co-defendant and/or defendants' agent State of California collectively named "State of California cluster" is a government entity sounding in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

11. Individual co-defendant and/or defendants' agent San Diego County, California collectively named "San Diego County cluster" is a government entity within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

12. Individual co-defendant and/or defendants' agent Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1300, San Diego, California collectively named "City Attorney cluster" is a government agency engaged in the practice of law and represents various municipal agencies in San Diego, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

13. Individual co-defendant and/or defendants' agent San Diego Police Department, San Diego, California collectively named

" San Diego Police cluster " is a government agency engaged in law enforcement within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

14. Individual co-defendant and/or defendants' agent Office of Public Defender San Diego County, 450 B St, Suite 900, San Diego, California 92101 collectively named "Public Defender cluster" is a government agency engaged in the practice of law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

15. Individual co-defendant and/or defendants' agent Office of Assigned Counsel San Diego County, 450 B St, Suite 840, San Diego, California 92101 collectively named " Assigned Counsel cluster" is a government agency engaged in the practice of law sounding in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

16. Individual co-defendant and/or defendants' agent San Diego County Sheriffs' Office collectively named "Sheriff cluster" located in the John F. Duffy Administration Center, P.O. Box 939062, San Diego, California, 1730 Front St, San Diego, California, San Diego Central Jail, San Diego, California, Facility 8, George F. Bailey Detention Facility, San Diego, California to name a few is a law enforcement agency within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

17. Individual co-defendant and/or defendants' agent San Diego Unified Port District, 3165 Pacific Highway, San Diego, California 92101 and San Diego Harbor Police, 3380 N. Harbor Drive, San Diego, California 92101 collectively named "Port Police cluster" are harbor management and law enforcement government agencies respectively sounding in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

18. Individual co-defendant and/or defendants' agent California State Police Department (California Highway Patrol) collectively named "Highway Patrol cluster" located on 4902 Pacific Highway, San Diego, California and 9330 Farnham St., California is a law enforcement agency within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

19. Individual co-defendant and/or defendants' agent San Diego Health and Human Services Agency (HHSA) Behavioral Health Services, Forensic Psychiatry Unit collectively named "Forensic Services cluster" located on 220 W. Broadway, Room 1003, San Diego, California is a government agency engaged in the performance of health and human services functions including psychiatric services in San Diego County, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

.

. 20. Individual co-defendants and/or defendants' agents Heritage Security Services, Transit System Security and Fort Heritage

Case 3:12-cv-00034-FM Document 31 Filed 01/30/12 Page 68 of 89

Courier Service collectively named "Heritage Transit cluster" located on 1260 Morena Blvd, Suite 200, San Diego, California 92110 are companies engaged in the provision of courier services, armed and unarmed security services and investigative services to the public and to business within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

21. Individual co-defendants and/or defendants' agents Environnement, Veolia Transportation Services, Inc, Veolia Environmental Services, Veolia Transport, Veolia Verkehr, Connex, San Diego Metropolitan Transit System (SDMTS), SANDAG, San Diego Trolley, Inc (SDTI), San Diego Transit Corporation (SDTC), San Diego and Arizona Eastern (SD and AE) Railway Company, San Diego Vintage Trolley, Inc and North County Transit District (NCTD) collectively named "Veolia Cluster" are a group of companies engaged in the management, operation and supervision to name a few of public transportation following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

22. Individual co-defendants and/or defendants' agents Josue Noyles, Don Wilson, Tom Maxfield, A. Starke "Tracy" Taylor, III, George S. Watson, Robert M. Opdyke, Thomas P. Ward, Diane Douglass Taylor, Irvin Kerner and Donald Jones of 4015 Beltline Drive, Suite 300, Addison, Texas and 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A collectively named "Watson and Taylor cluster personnel" are officers, managers and/or employees of Watson and Taylor Self Storage, and Watson

and Taylor Management, Inc respectively within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

23. Individual co-defendants and/or defendants' agents William J. McMorrow, Mary L. Ricks, Barry S. Schlesinger, Freeman A. Lyle, Donald J. Herrema, Robert E. Hart, John C. Prabhu, Stuart Cramer, Jim Rosten, Rhett Winchell, James C. Ozello, Matt Windisch, Stephen A. Pyhrr, Norman Creighton, Cathy Hendrickson, David Minela, Kent Y. Mouton, Jerry R. Solomon and Stanley Zax of 9701 Wilshire Boulevard, Suite 700, Beverly Hills, California 90212 collectively named "Kennedy-Wilson cluster personnel" are executives, managers and/or employees of Kennedy-Wilson, Holdings, Inc within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

24. Individual co-defendants and/or defendants' agents Robert M. Behringer, Robert S. Aisner, Robert J. Chapman, Gary S. Bresky, Gerald J. Reihsen, III, M. Jason Mattox, Michael D. Cohen, Robert Franklin Muller, Jr., Stanton P. Eigenbrodt, Mark T. Alferi, Samuel K. Gillespie, James D. Fant, Scott W. Fordham, William J. Reister, Gerald D. Oliver, Peggy Daly, Charles G. Dannis, Steven W. Partridge, G.Ronald. Witten, Andreas K. Bremer, Cynthia Pharr Lee, Jeffrey P. Mayer, Diane S. Detering-Paddison, Barbara C. Bulkin, Terry L. Gage, Steven L. Kaplan, E. Alan Patton, Roger D. Bowler, Sammi S. Abbasi and Jonathan L. Kempner of 15601 Dallas Parkway, Suite 600, Addison, Texas, 75001, U.S.A. collectively named "Behringer Harvard cluster personnel" are management personnel and/or employees within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422,

69

2671 et seq.

25. Individual co-defendants and/or defendants' agents Aceveda (Mr) and Greg Allen of 911 North Raymor Street, El Paso, Texas 79903 collectively named "El Paso Police cluster personnel" are law enforcement personnel of the City of El Paso Police Department, El Paso, Texas sounding in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

26. Individual co-defendants and/or defendants agents John Houston, W. Samuel Hamrick, Jr. and S/J Petersen collectively named "U.S District Court cluster personnel" are engaged in the practice of or administration of the law as aforerecited pertaining to USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM) and within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

27. Individual co-defendants and/or defendants agents David J. Danielsen, Frederick Maguire, Roger C. Rice, Sandra L. Berry, Keri G. Katz, Desiree A. Bruce-Lyle, Lee C. Witham, Karen A. Riley and John N. Blair collectively named "Broadway cluster Personnel" located on 220 W. Broadway, San Diego, California and 8950 Clairemont Mesa Blvd, San Diego, California respectively and engaged in the practice of law in San Diego County, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

28. Individual co-defendants and/or defendants' agents Hime Alvarado, R.T. Henrizi, P. Rorrison, Kevin C. Rausis, U. Harvey, K. Kinney, Patrick Sullivan, K.P. Lewak, Ed, William Lansdowne, Paul Cooper, Sarah Sutter, Joel Voss, Schenkleberg (Mr), Zach

70

Bradley, Kister (Mr), Michael Cash, Chris Ball, Guy Swanger, James Collins, Boyd Long, Cesar Solis, Tony McElroy, Sarah Creighton and David Rohowitz collectively named "San Diego Police cluster personnel" are law enforcement personnel with the San Diego Police Department, San Diego, California within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

29. Individual co-defendants and/or defendants' agents Onu Omordia, Heily Hernandez, Michael Aguirre, Jan Goldsmith, L. Vogltanz, MaryJo Lanzafare, Andrew Jones, David Greenberg, Tricia Pummil, Tessa Heunis, Andres Carnahan, Kristi Hein, Makini Hammond, L. Easton, D. Rurlines, M. Robertson, S. Park and A. Wilburn collectively named "City Attorney cluster personnel" are engaged in the practice of law and are attorneys and/or employees of the Office of The City Attorney, City of San Diego, California aforerecited within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

30. Individual co-defendants and/or defendants' agents Michael Hawkins, Robert J. Stall, Jr., Michael Begovich, Milly Durovic and Veneta Jacobs collectively named "Assigned Counsel cluster personnel" are attorneys and/or employees of the Office of Assigned Counsel San Diego County, California engaged in the practice of law within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

31. Individual co-defendants and/or defendants' agents Solomon Chang, Brian Schmidt, L. Stern, L. Garcia, Susan

71

McInerney, Katherine Braner, MaryJo Barr and Henry C. Coker collectively named "Public Defender cluster personnel", are attorney's of the Office of Public Defender San Diego County, California engaged in the practice of law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

32. Individual co-defendants and/or defendants agents R. Setter (Mr), Johnson (Mr), B. Richardson, Powell (Mr), Jackson (Mr), Handson (Mr), Smith (Mr), Hathaway (Mr), Acevado (Mr), Salazar (Mr), M.J. Saunders, William Gore and Thomas J. Cooke collectively named "Sheriff cluster personnel" are law enforcement officers with the San Diego County Sheriff's Department, San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

33. Individual co-defendants and/or defendants agents R. Padilla, Taylor (Mr), Sabbagh (Mr), S. Afhook, John A. Bolduc, Brian Jensen and Kimberly A. Fives collectively named "Sheriff cluster personnel" are law enforcement officers of the San Diego Harbor Police, San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

34. Individual co-defendant and/or defendants' agent M. Johnson collectively named "California Highway cluster personnel" is a law enforcement officer of the California State Police Department (California Highway Patrol), San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

35. Individual co-defendants and/or defendants agents

72

Matthew F. Carroll and Jeremy Flagel collectively named "Forensic Services cluster personnel" are staff psychiatrists within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

36. Individual co-defendants and/or defendants agents Lawrence Richman, Mascheimer (Mr), Max Navarro, Zachary Collins, Rachel Tyner, Queen (Mr), L. Amariz, A. Diaz, G. Burton, E. Alilin, L. Martinez, L. Fewell, D. Belvis, K. Lyle, M. Viccariello, D. Hamada, R.P. Pomeroy, E. Aguilar, C. Hernandez, R. Rogers, T. Hugbee, M. Rico, J. Renteria, R. Graham, J. Diega, T.R. Joseph, F. Mireles, C. Torres, K. Garcia, P. Alamillo, D. Reaves, R. Fuentavilla, R. Favelo, J. Lapan, P. Cothias, R. Orozco, V. Garcia, M. Regusters, F. Contreras, Lehnher (Mr), K. Spight, J. Martinez, A. Moya, C. Miner, C. Yeager, L. Collier, Pitt (Mr), M. Kosak, C. Sandez, P. Romero, A. Spiedel, T. Thomas, J. Jameson, J. King, T. Okalski, S. Rodriguez, E. McKeever, H. Castro, J. Nutting, A. Izzarelli, H. Alatorre, M. Farias, J. Romero, E. Trujillo, L. Gonzales, A. Williams, H. Estrada, Chan (Mr), Hinojos (Mr), R. Favelo, E. Bibby and S. Correau collectively named "Heritage Transit cluster personnel" are security officers and/or code compliance officers with Heritage Security Services, San Diego Trolley, Inc and Transit System Security, San Diego, California within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

37. Individual co-defendants and/or defendants agents Carolyn Suess, Phil Stiegliz, Jose Garcia, John Fitch, John Nesbitt, Ricardo, Rose Sorillon, JOHN DOE WHITE MALE DRIVER SDMTS 44 BUS ROUTE 325 ABOUT 9:06PM PST ON DECEMBER 14, 2009

FROM LINDA VISTA ROAD TO OLD TOWN TRANSIT STATION SAN DIEGO CALIFORNIA, JOHN DOE HISPANIC MALE DRIVER SDMTS 992 BUS ROUTE 2775 ABOUT 8:55AM PST ON MARCH 17, 2011 INCIDENT ON BROADWAY AND SETTLER ACROSS FROM AMERICA PLAZA DOWNTON SAN DIEGO CALIFORNIA, JOHN DOE WHITE MALE DRIVER SDMTS 120 BUS ROUTE 343 ABOUT 4:42PM PST ON MARCH 15, 2011 INCIDENT ON GENESEE AVE AND HEALTHCARE DRIVE SAN DIEGO CALIFORNIA, JANE DOE BLACK FEMALE DRIVER SDMTS 105 BUS ROUTE 302 ABOUT 10:08AM PST ON JULY 26, 2009 INCIDENT ON MILTON ST AND MORENA BLVD SAN DIEGO CALIFORNIA, JANE DOE WHITE FEMALE DRIVER SDMTS 120 BUS ROUTE 1604 ABOUT 10:50AM PST ON AUGUST 21, 2011 INCIDENT AT FASHION VALLEY TRANSIT STATION, SAN DIEGO CALIFORNIA, Paul Pablonski, C. Michael Cowett, Tiffany Lorenzen, Jeff Stumbo, Sharon Cooney, Henri Pruglio, Alan Moldawer, Larry Steffes, Mark L. Joseph, Janet Davis, Christopher Bryan, Donald Saunders, Tom Downs, Valerie Michael and Jan Horstmann collectively named "Veolia cluster personnel" are executives, managers, staff and/or employees of Veolia Environnement, Veolia transportation services, Inc., and/or San Diego Metropolitan Transit System aforerecited within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

38. Individual co-defendant and/or defendants' agent Marcus Wang collectively named "Marcus Wang cluster" is a physician engaged in the practice of medicine within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

39. Upon information and belief defendant, individual co-defendants and/or defendants agents aforerecited were at all times relevant hereto and as is applicable either responsible or accountable for or had a duty and/or moral obligation to oversee the day-to-day operation of the applicable companies, businesses, agencies or law offices hereinabove following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

40. Plaintiff sues all, defendant, co-defendants and/or defendants' agents in their individual capacities.

<u>PROCEDURAL REQUIREMENTS</u>

41. About April 2008, plaintiff rented a storage unit on a month to month agreement at Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas 79932,

74

U.S.A.

42. From April 2008 to present plaintiff timely, properly, verbally and in writing informed co-defendants and/or defendants' agents Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas, 79932 and Watson and Taylor Management, Inc, Addison, Texas U.S.A aforerecited of his continued intention regarding payment of said storage rent and about the contents of said storage unit.

43. At no time during the relevant period did plaintiff refuse to pay co-defendants and/or defendants' agents "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster" and "Behringer Harvard cluster personnel", aforerecited the applicable rent.

44. Individual co-defendants and/or defendants agents "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster", "Behringer Harvard cluster personnel", "El Paso County cluster", "El Paso Police cluster" and "El Paso Police cluster personnel" aforerecited and collectively named "First cluster set" failed to exhaust their remedies.

45. Plaintiff is not required to exhaust any administrative remedies prior to filing this action.

<u>STATEMENT OF FACTS</u>

46. Plaintiff is and was at all times relevant hereto a

75

resident of Albuquerque, Bernalillo County, New Mexico, U.S.A.

47. About April 2008, plaintiff rented a storage unit on a month to month agreement at Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A.

48. From about May 2008 to present plaintiff has severally, verbally and in writing requested of co-defendants and/or defendants' agents "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster" and "Behringer Harvard cluster personnel", aforerecited that they grant him access to his property of legal documents including but not limited to immigration documents, investigatory diaries, notes, papers, films, pictures, jewelry business and financial records and objects or articles of evidence stored in his aforesaid storage on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A. as he needs them for ongoing investigations and litigation but he was repeatedly denied said access for non-legitimate reasons.

49. Individual co-defendants and/or defendants' agents "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster" and "Behringer Harvard cluster personnel" aforerecited did not have any probable cause for denying plaintiff the aforesaid access to his property of legal documents including but not limited to immigration documents, investigatory diaries, notes, papers, films,

Case 3:12-cv-00031-FM   Document 31   Filed 01/30/12   Page 77 of 89

pictures, jewelry, business and financial records and objects or articles of evidence stored in his aforementioned storage on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A.

50. At no time during the relevant period did plaintiff refuse to pay co-defendants and/or defendants agents, "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster" and "Behringer Harvard cluster personnel" or any of their subsidiaries, divisions, agents, brands, employees or representatives the applicable rent.

51. Individual co-defendants and/or defendants agents, Watson and Taylor Management, Inc, Kennedy-Wilson, Inc, Kennedy-Wilson (Austin), Inc, Kennedy-Wilson Holdings, Inc, Behringer Harvard Holdings, LLC, or any of their subsidiaries, agents, employees or representatives aforementioned failed to exhaust their remedies and lacked probable cause for denying plaintiff access to and possession of his aforerecited property of legal documents and objects or articles of evidence.

52. As a direct and proximate causation individual co-defendants and/or defendants' agents, "Watson and Taylor cluster", "Watson and Taylor cluster personnel", "Kennedy-Wilson cluster", "Kennedy-Wilson cluster personnel", "Behringer Harvard cluster", "Behringer Harvard cluster personnel", "El Paso Police cluster" and "El Paso Police cluster personnel" aforerecited collectively named "First cluster set" acts in tort as in aforesaid denial of

access to and/or possession of property continues to adversely affect plaintiff by hindering, obstructing and sabotaging plaintiffs' efforts to timely and properly investigate and/or litigate his severally applicable cases.

53. As in tort and similarly lacking probable cause individual co-defendants and/or defendants' agents "U.S District Court cluster", 'U.S. District Court cluster personnel", "State of California cluster", "San Diego County cluster", "Broadway cluster", 'City Attorney cluster", "City Attorney cluster personnel", "San Diego Police cluster", "San Diego Police cluster personnel", "Public Defender cluster", "Public Defender cluster personnel", "Assigned counsel cluster", "Assigned counsel cluster personnel", "Sheriff cluster", "Sheriff cluster personnel", "Port Police cluster", "Port Police cluster personnel", "Highway Patrol cluster", "Highway Patrol cluster personnel", "Forensic Services cluster", "Forensic Services cluster personnel", "Heritage Transit cluster", "Heritage Transit cluster personnel", "Veolia cluster", "Veolia cluster personnel" and "Marcus Wang cluster" collectively named "Second cluster set" injured plaintiff severally including but not limited to malicious falsehood, loss of enjoyment of life, loss of income, loss of consortium, libel, defamation, slander, damage to property, loss of credit privileges, denial of proper medical care to name a few.

### CLAIM (COUNT) 1 NEGLIGENCE

54. Plaintiff incorporates herein by reference all the

foregoing paragraphs 1 through 53 as though the same were fully set forth herein.

55. Defendant, United States of America as party and as is liable for its acts and the acts of its individual co-defendants and/or agents aforerecited following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

56. Individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" malicious acts, lacking probable cause and as in tort negligence denied plaintiff timely access to his property of legal documents including but not limited to immigration documents, investigatory diaries, notes, papers, films, pictures, jewelry, business and financial records and objects or articles of evidence stored in his aforementioned storage on 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A. which he urgently needed and continues to need for current, ongoing investigations and litigation within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

57. Individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" malicious acts, lacking probable cause, as in tort negligence were negligent of their duty and/or moral obligation to protect plaintiffs' rights under the law within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

58. Individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" hereinabove had ample opportunity to interceded on behalf of the plaintiff but

79

refused to do so thus intentionally subjecting plaintiff to unlawful and wrongful acts as in tort negligence herein recited and within the meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

59. As a cause-in-effect of the tort negligence by individual co-defendants and/or defendants' agents "First cluster set" and "Second cluster set" aforerecited plaintiff was deprived as in tort of his right to timely possession and use of his property of legal documents and objects or articles of evidence as aforedescribed and to proper medical treatment respectively and as is applicable and following FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

60. As a direct and proximate causation of the tort negligence by individual co-defendants and/or defendants agents aforerecited plaintiff was deprived of a speedy litigation of his cases, of gainful employment, of good credit privileges, of enjoyment of life to name a few confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

61. Individual co-defendants and/or defendants' agents aforerecited did not have probable cause for said negligent tortuous acts.

62. Resultant of the aforerecited acts in tort by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as is applicable plaintiff was damaged in the amount to be established at trial for which he is entitled to just and fair compensation.

80

WHEREFORE, plaintiff respectfully requests that the court find in favor of plaintiff and against individual co-defendants and/or defendants' agents as follows.

i.Order individual co-defendants and/or defendants' agents to make plaintiff whole by providing appropriate back pay with pre-judgment interest, front pay with post-judgment interest and other affirmative relief necessary to eradicate the effects of aforerecited tort negligence.

ii. Order individual co-defendants and/or defendants' agents to make plaintiff whole by providing compensation for past and future pecuniary losses resulting from said acts in tort.

iii. Order defendant, individual co-defendants and/or defendants' agents aforesaid to make plaintiff whole by providing past and future non-pecuniary losses resulting from such acts in tort including but not limited to intentional infliction of emotional distress, mental anguish, pain and suffering, humiliation, loss of reasonable time, loss of enjoyment of life, loss of consortium to name a few in the amounts to be determined at trial.

iv. Order individual co-defendants and/or defendants' agents to make plaintiff whole by granting plaintiff access to and possession of all his said property of legal documents and objects or articles of evidence in said storage unit at Watson and Taylor-Rhino Self Storage, 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A.

v. Award plaintiff reasonable legal fees, investigatory fees, attorney's fees and costs of this action as is or are

81

applicable.

vi. Such other and further relief as the court deems just and proper in the premise.

<u>CLAIM(COUNT) II CONSPIRACY</u>

63. As for his second cause of action or claim against individual co-defendants and/or defendants' agents plaintiff incorporates herein by reference all the foregoing paragraphs 1 through 62 as though the same were fully set forth herein.

64. Defendant, United States of America as party and as is liable for its acts and the acts of its individual co-defendants and/or agents aforerecited within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

65. As in tort conspiracy "First cluster set" individual co-defendants and/or defendants as are applicable conspired together and reached a mutual understanding and acting inconcert undertook a course of conduct tortuous to plaintiff as hereinabove confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

66. Sounding in tort conspiracy, "Second cluster set" individual co-defendants and/or defendants as are applicable conspired together and reached a mutual understanding and acting inconcert undertook a course of conduct tortuous to plaintiff as hereinabove confounded in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

67. "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as are

82

applicable agreed to target plaintiff failing to investigate thoroughly and without prejudice the evidence or lack thereof against plaintiff and agreeing to intentionally and maliciously act in tort as hereinabove within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

68. "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as are applicable lacking probable cause agreed to intentionally fabricate evidence, overlook exculpatory evidence and cause plaintiff to be harassed, intimidated, embarrassed, denied access to his property of legal documents and objects of evidence, loose gainful employment and income, loose credit privileges, speedy litigation and investigations to name a few within meaning of FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

69. Individual co-defendants and/or defendants' agents aforerecited did not have probable cause for said tort conspiracy.

70. As a direct and proximate causation of the foregoing tort conspiracy by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as is/are applicable plaintiff was damaged in the amount to be established at trial for which he is entitled to just and fair compensation.

<u>CLAIM(COUNT) III INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

71. As for his third cause of action or claim against

83

individual co-defendants and/or defendants' agents plaintiff incorporates by reference all the foregoing paragraphs 1 through 70 as though the same were fully set forth herein.

72. Defendant, United States of America as party and as is liable for its acts and the acts of its individual co-defendants and/or agents aforerecited and sounding in FTCA 28 U.S.C Sections 1346, 1402, 2401, 2402, 2422, 2671 et seq.

73. Defendant, "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents actionable acts in tort aforementioned lacking probable cause were so extreme and outrageous as to go beyond decency and to be regarded as irresponsible, abusive, reckless, blatant, atrocious, intolerable, capricious, dehumanizing, intolerable, emotionally distressing and mentally anguishing to say the least.

74. The extreme and outrageous acts by Defendant, "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents sounding in tort as aforerecited include but not limited to.

i. Deliberate and consistent refusal to completely and timely allow plaintiff possession of or access to his property of legal documents and objects of evidence in aforesaid storage unit despite plaintiffs' repeated timely, proper, verbal and written requests that they do so.

ii. Deliberate, intentional and consistent attempts by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents, which lacked probable

84

cause, to sabotage plaintiffs' efforts to gain possession of his property of legal documents and objects or articles of evidence aforesaid.

iii. Deliberate and consistent attempts by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents to sabotage plaintiffs' efforts for a speedy trial of his litigation and to effect his applicable several investigations and responsibilities.

iv. Deliberate, intentional and consistent acts in tort by "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents as hereinabove that caused plaintiffs' loss of credit privileges, loss of reasonable time, loss of enjoyment of life, loss of income as in malicious falsehood and loss of consortium to name a few.

75. Resultant of Defendants', "First cluster set" and "Second cluster set" individual co-defendants and/or defendants' agents actionable acts in tort aforerecited plaintiff suffered and continues to suffer emotional distress, mental anguish, pain and suffering.

WHEREFORE, plaintiff prays that the court.

i.Award him damages including pre-judgment interest to compensate him fully for all injuries caused him by defendant, individual co-defendants and/or defendants' agents acts in tort aforerecited including but not limited to back pay, front pay, pain and suffering, intentional infliction of emotional distress and mental anguish in an amount to be determined at trial.

ii. Award plaintiff legal fees, attorneys' fees,

85

investigatory fees and costs of this action as is/are applicable.

iii. Order individual co-defendants and/or defendants agents to make plaintiff whole by granting plaintiff access to and possession of all his said property of legal documents and objects or articles of evidence in said storage unit at 5405 South Desert Boulevard, El Paso, Texas 79932, U.S.A

iv. Such other and further relief as the court deems just and proper in the premise.

76. Plaintiff hereby requests that the court grant him permission as is necessary to amend his complaint in said cause following discovery as applicable and relevant information including but not limited to name(s) of potential co-defendants and/or defendants' agents become available as said information are currently converted by individual co-defendants and/or defendants' agents, other self storage companies, businesses, individuals, law firms to name a few including but not limited to San Diego Harbor Police, San Diego, California, San Diego Police Department Property Room, San Diego, California, San Diego Sheriff's Department, San Diego, California, Office of Public Defender San Diego County, C and D Towing Specialists, Inc/McBride, San Diego and La Mesa, California, Toyota Motor Corporation, Toyota Financial Services Corporation, Inc, Torrance, California, Toyota Motor Credit Corporation, Toyota Motor Sales, U.S.A, Toyota Motor Engineering and Manufacturing North America, Inc., Larry H. Miller Group of Companies, Salt Lake City, Utah, Larry H. Miller American Toyota, Albuquerque,

New Mexico, Adesa, Inc., Carmel, Indiana, Adesa LA Auctioneers, Mira Loma, California, San Diego Police Department Parking Administration and Enforcement, San Diego, California, Office of City Treasurer City of San Diego, California, Franklin Resources, Inc., Lake Forest, California, Franklin Capital Corporation, Salt Lake City, Utah, Bernalillo County Sheriff's Office, Albuquerque, New Mexico, America Recovery, Inc, Albuquerque, New Mexico, Madrid Towing, Albuquerque, New Mexico, SafeLock Self Storage, South Beach, Oregon, Lincoln County District Attorneys' Office, Newport, Oregon, City of Newport Police Department, Portland Police Bureau, Portland, Oregon, FedEx Corporation, Memphis, Tennessee, The Law Offices of Gallo and Associates, Los Angeles, California, Abramowitz, Franks and Stroud, Attorneys At Law, Albuquerque, New Mexico, Law Offices of Timothy V. Flynn O'Brien, Albuquerque, New Mexico, Law Offices of Pat R. Bryan George, Albuquerque, New Mexico, USDC San Diego Case No. 11-CV-1906-JAH(WVG), USDC San Diego Case No. 3-11-CV-1808-JAH (BLM), The Superior Court of California San Diego County Case No. M098172.

WHEREFORE, plaintiff prays that this court accept his complaint, order the matter scheduled for pre-trial discovery and thereafter order the matter scheduled for trial on the merits. Plaintiff prays for trial by jury on all issues so triable and that after trial on the merits the court award him exemplary and compensatory damages, legal fees, attorney's fees and costs of this action in the appropriate amounts as is/are applicable.

Plaintiff further prays that the court grant him such other and further relief as may be just and necessary in the premise.

Respectfully submitted,

Chibueze C. Anaeme
Plaintiff pro se
c/o General Delivery
U.S Post Office-Midway Branch
San Diego, CA 91238
Email:nexnns@yahoo.com
Phone:(212)808-0301 Temporary

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing PLAINTIFFS' COMPLAINT FOR DAMAGES was mailed to Defendant and/or co-defendants or their counsel of record or registered agents'

88

Case 3:12-cv-00031-FM   Document 1   Filed 01/30/12   Page 89 of 89

last known address by U.S First class mail

on_____, 2012.

Chibueze C. Anaeme

Plaintiff in pro se